**FILED**

MAY 0 2 2013

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE GORDON THOMPSON, JR.)**

| UNITED STATES OF AMERICA, | ) | Case No. 12-CR-5240-GT |
|---|---|---|
| Plaintiff, | ) | **ORDER GRANTING MOTION FOR CONTINUANCE OF SENTENCING DATE** |
| vs. | ) | |
| JAVIER TELLEZ-AYALA, | ) | |
| Defendant. | ) | |

The parties being in agreement, and good cause appearing,

**IT IS SO ORDERED** that the sentencing date presently scheduled for May 6, 2013 be continued to Thursday, May 23, 2013 at 9:30 a.m.

**IT IS SO ORDERED.**

Date: May 2, 2013

Hon. Gordon Thompson, Jr.
U.S. DISTRICT COURT JUDGE